ORDERED.

**Dated:  June 23, 2023**

Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
**www.flmb.uscourts.gov**

In re:                                                                                          Case No. 2:23-bk-00223-FMD
                                                                                                Chapter 13
Mike A. Messina

   Debtor.[1]
_____/

**ORDER DISMISSING CHAPTER 13 CASE**
**(THIS ORDER IS EFFECTIVE ON THE 15th DAY FOLLOWING DATE OF ENTRY)**

   THIS CASE came on for consideration for the purpose of entering an appropriate order following the entry of an Order Reserving Ruling on Trustee's Motion to Dismiss for Failure to Attend §341 Meeting and Failure to Comply and Rescheduling §341 Meeting of Creditors entered on May 15, 2023 (Doc. No. 28).  By submission of this Order for entry, the Chapter 13 Trustee represents that the Debtor failed to comply with the Order.

   Accordingly, it is

   **ORDERED:**

   1.    The case is dismissed without prejudice effective on the 15th day following the date of entry of this Order.

   2.    If the automatic stay imposed by 11 U.S.C. § 362(a) or the stay of an action against a co-debtor under 11 U.S.C. § 1301 is in effect at the time this Order is entered, the

---

[1] All references to "Debtor" include and refer to both of the Debtors in a case filed jointly by two individuals.

automatic stay shall remain in effect for 14 days from the date of this Order, notwithstanding the provisions of 11 U.S.C. § 362(c)(2)(B).

**3. Debtor may convert this case to a case under another chapter of the Bankruptcy Code within 14 days of the date of this Order. If the case is not converted within 14 days, the case is dismissed effective on the 15th day after the date of entry of this Order.**

**4. If Debtor files a motion to vacate or for reconsideration of the Order Dismissing the Case within 14 days of the date of this Order, the automatic stay imposed by 11 U.S.C. § 362 and the stay of action against co-debtor under 11 U.S.C. § 1301 shall remain in full force and effect until the Court rules on the motion.**

**5. All pending hearings are canceled with the exception of any scheduled hearing on a motion for relief from stay that is currently scheduled for hearing within 14 days of the date of this Order or on an Order to Show Cause over which the Court hereby reserves jurisdiction.**

**6. <u>Refund of Plan Payments if Case is Dismissed or Converted.</u> If this case was dismissed or converted to a case under Chapter 7 or Chapter 11, the Trustee shall refund to Debtor(s) any undisbursed funds in the Trustee's possession as follows:**

**a. If this case was dismissed or converted prior to confirmation of the Plan:**

**i. The Trustee shall subtract the amounts set forth in any filed applications for unpaid administrative expense claims, including Debtor(s) attorney(s) filed application for fees, from the refund.**

**ii. Applications for administrative expense claims, including applications for Debtor(s) attorney(s) fees, shall be filed no later than 14 days after initial entry of the order dismissing or converting the case.**

**iii. After the aforementioned 14 day period for filing administrative expense claims has expired, the Trustee shall issue the refund payable to Debtor(s). If Debtor(s) is represented by an attorney, the Trustee shall send the refund to the Debtor(s) in care of Debtor(s) attorney.**

**b. If this case was dismissed or converted after the Plan had been confirmed, and Notwithstanding any other Court orders, the Trustee shall issue the refund, made payable to the Debtor(s), as soon as practicable. If Debtor(s) is represented by an attorney, the Trustee shall send the refund to the Debtor(s) in care of Debtor(s) attorney.**

        **c**.    **The Trustee shall thereafter file his final report. Upon the filing of the final report, the Trustee will be discharged of all duties as Trustee.**

        **d.    The Court reserves jurisdiction to determine timely filed applications for administrative expenses.**

        7.    Debtor, the Trustee, or any party in interest may, within 14 days of the date of this Order, file a motion requesting the Court to examine the fees paid to Debtor's attorney and for the disgorgement of any portion of the fees deemed excessive. The Court shall retain jurisdiction for this purpose.

Trustee, Jon M. Waage, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.

JMW/MEC/br                                                                                                              C13T 06/22/23